UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES CAMPBELL and <br> LENA CAMPBELL, <br><br> Plaintiffs, <br><br> v. <br><br> ABB, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 4:14CV01489 AGF |

## **MEMORANDUM AND ORDER**

This asbestos-related personal injury action is before the Court on Plaintiffs' motion for leave to conduct jurisdictional discovery and for an extension of time to respond to Defendants Akzo Nobel Paints LLC's ("Akzo") motion to dismiss Plaintiffs' complaint or in the alternative to transfer. Akzo asserts in its motion to dismiss, filed on November 24, 2014, that it does not have sufficient ties to the State of Missouri to subject it to the jurisdiction of this Court. Plaintiffs seek a 40-day extension of time to respond to the motion to dismiss, during which time they would conduct jurisdictional discovery. Federal Rule of Civil Procedure 6(b) allows a court to grant a party an extension of time to respond to a motion, for good cause. Although Akzo opposes Plaintiffs' motion for leave, Akzo does not assert any prejudice it would sustain should the motion for leave be granted, nor does the Court discern any. Furthermore, Plaintiffs' request is reasonably limited in scope and time.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' motion for leave to conduct jurisdictional discovery and for extension of time to respond to Defendant Akzo Nobel Paints LLC's motion to dismiss Plaintiffs' complaint is **GRANTED**.  (Doc. No. 128.) Plaintiffs shall have 40 days from the date of this Memorandum and Order to respond to Akzo's motion to dismiss, during which time Plaintiffs may engage in jurisdictional discovery.

*Audrey G. Fleissig*_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 24th day of December, 2014